[No. 67770-5-I.   Division One.   August 5, 2013.]

MARION RUCKER ET AL., *Appellants*, v. NOVASTAR MORTGAGE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-34769-9, Suzanne M. Barnett, J., entered September 22, 2011. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ. Now published at 177 Wn. App. 1.

[No. 67873-6-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY SAWYER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07545-6, Richard D. Eadie, J., entered October 6, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[No. 67909-1-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL DOUGLAS LOISELLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-10264-3, Sharon S. Armstrong, J., entered October 14, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Verellen, J., concurred in by Appelwick and Dwyer, JJ.

[No. 68116-8-I.   Division One.   August 5, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL SCOTT GUNDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09270-2, Kimberley Prochnau, J., entered December 16, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Verellen, JJ.